## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

In re: YOSHIKO INAMINE JONES    :    Chapter 13
:
:
:
:
Debtor    :    Bankruptcy No. 22-10674 AMC

### Order Dismissing Chapter13 Case and Directing Counsel to File Master Mailing List

**AND NOW,** this ___30th___ day of ___May___ 2023, upon consideration of the Chapter13 standing trustee's Motion to Dismiss and after notice and hearing it is

**ORDERED,** that counsel for debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed), and

**ORDERED**, that any wage orders are hereby vacated, and it is further

**ORDERED**, that in light of debtor's prior bankruptcy filings and the Consent Order dated April 7, 2022, previously entered in this matter by and among the standing trustee. The instant case is dismissed. Debtor shall be prohibited from filing any subsequent bankruptcy petition within a period of 365 days from the date of this order without court approval.

BY THE COURT

_____
HON. ASHELY M. CHAN
BANKRUPTCY JUDGE

**Debtor**:
**Yoshiko Inamine Jones**
103 Liberty Drive
Bensalem, PA 19020

**Debtor's Counsel**:
**CHARLES LAPUTKA**
Laputka Law Office
1344 W. Hamilton St.
Allentown, PA 18102

**KENNETH E. WEST**
Office of the Chapter 13 Standing Trustee
1234 Market Street - Suite 1813
Philadelphia, PA 19107